AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:22-cv-02106-EP-ESK |
| EVERGREEN LODGING LLC et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___01/13/2023___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:  ___08/17/2023___

CLERK OF COURT

*Angela DePasquale*

Signature of Clerk or Deputy Clerk

**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN LODGING LLC, a Colorado limited liability company; SEAN KEATING, an individual; and SUSI KEATING, an individual,<br><br>Defendants. | Case No. 22cv2106 (EP) (ESK)<br><br>**ORDER & JUDGMENT** |

**THIS MATTER** having come before the Court on Plaintiff Days Inns Worldwide, Inc.'s motion for default judgment against Defendants Evergreen Lodging LLC, Sean Keating, and Susi Keating, pursuant to Fed. R. Civ. P. 55(b)(2), *see* D.E. 10; and the Court having considered Plaintiff's submissions; for the reasons stated in the accompanying Opinion;

**IT IS** on this 13th day of January, 2023,

**ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment, *see* D.E. 10, is **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that Judgment shall be entered against all Defendants, in the total amount of $410,308.00, comprised of the following:

(a) $41,449.20 for outstanding Recurring Fees and prejudgment interest; and

(b) $368,858.80 for liquidated damages and prejudgment interest.

**ORDERED** that, upon entry of Judgment, the Clerk of the Court shall close this case without prejudice to reopening for any further lawful proceedings.

Dated: January 13, 2023

*Evelyn Padin*
_____
Evelyn Padin, U.S.D.J.

I hereby attest and certify on 8/17/2023 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

Angela DePasquale
DEPUTY CLERK

2