## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-rj-00011

Days Inns Worldwide, Inc., a Delaware corporation
    Plaintiff,

v.

Evergreen Lodging LLC, a Colorado limited liability company
Sean Keating, an individual
Susi Keating, an individual
    Defendants.

---

### CERTIFICATE OF JUDGMENT FOR LIEN UPON LAND AND TENEMENTS
### (TRANSCRIPT OF JUDGMENT)

---

I, JEFFREY P. COLWELL, Clerk of the United States District Court for the District of Colorado, do hereby certify that on January 13th, 2023, an Order and Judgment was entered in case number 2:22-cv-02106 in the District of New Jersey in favor of Plaintiff and against all Defendants as follows:

ORDERED and ADJUDGED that Judgment shall be entered against all Defendants, in the total amount of $410,308.00, comprised of the following:

    (a) $41,449.20 for outstanding Recurring Fees and prejudgment interest; and

    (b) $368,858.80 for liquidated damages and prejudgment interest.

Said judgment was subsequently registered with the District of Colorado on September 7th, 2023, in case number 1:23-rj-00011. Judgment is entered on the docket of this Court and remains of record in Denver, Colorado.



Date:   November 1, 2023                          JEFFREY P. COLWELL, CLERK

                                                             By: /s/ B. Lawson
                                                             *Deputy Clerk*